IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DEMJANJUK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-CV-1183-PLF |
| ) | |
| ALBERTO R. GONZALES, Attorney General ) | |
| of the United States; MICHAEL J. CREPPY, ) | |
| Chief Immigration Judge; and UNITED STATES ) | |
| DEPARTMENT OF JUSTICE; ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff, John Demjanjuk, by his undersigned attorneys, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby stipulates to the dismissal of this case without prejudice.

Subsequent to the June 14, 2005 filing of the complaint in this case, the Chief Immigration Judge issued a ruling on Mr. Demjanjuk's motion contesting his jurisdiction, which is the subject matter of this complaint. The Chief Immigration Judge's decision on that motion is currently on appeal to the Board of Immigration Appeals.

Respectfully submitted,

JOHN DEMJANJUK

/S/ [1]
One of its attorneys

---

[1] Document Filed Electronically

        John Broadley
        John H. Broadley & Associates, P.C.
        1054 31st Street, NW Suite 200
        Washington, D.C. 20007
        Tel. 202-333-6025
        Fax 202-333-5685

Dated:  June 27, 2005